# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MONTY BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 09-0211-CG-C |
| | ) |
| J. RAY MCDERMOTT, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's order entered this date, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendant J. Ray McDermott, Inc., and against plaintiff Monty Bell. Therefore, all plaintiff's claims against the defendant are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this the 2nd day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE